IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **HERU H. SEGU,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: CCB-07-3299 |
| **MARYLAND DIVISION OF CORRECTION,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through their respective counsel, submit the following Joint Status Report in response to the Court's Order dated December 18, 2012 (ECF No. 86).

The Parties have substantially completed discovery. Plaintiff has deposed the following Defendants: Reginald Martin, Michael Stauffer, David Miller, Shawn Reed, Donald Wolfensberger and John Foutz. Plaintiff has noted and is presently scheduled to depose Defendant Roderick Sowers, and third-party witness, Major Thomas Trumpower on February 5, 2013 (the first available date). Plaintiff is waiting to hear back from defense counsel regarding the next available date in February for the deposition of Defendant Tyson Hinckle. Plaintiff is also working with defense counsel to schedule the deposition of former-Defendant now Third-Party Department of Corrections ("DOC") for deposition testimony from a designee regarding other inmate grievances and/or complaints filed against Defendants for physical abuse and/or excessive use of force and pertinent DOC policies and procedures relating to, among other things, the transfer of inmates and the retention and/or destruction of information pertaining to this incident. That deposition has not been scheduled.

Plaintiff is also waiting on the production of contact information of a former inmate witness.

Plaintiff has brought a discovery issue before the Court by letter dated January 22, 2013. Defense counsel intends to submit a responsive letter.

The Parties jointly request that the deadlines in the Court's December 18, 2012 Order be extended as follows:

| | |
|---|---|
| Discovery deadline; submission of joint status report | March 1, 2013 |
| Requests for admission | March 8, 2013 |
| Dispositive pretrial motions deadline | March 29, 2013 |

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Todd M. Reinecker (#27082) | Douglas F. Gansler |
| Scott Wilson (# 28602) | Attorney General of Maryland |
| Joshua J. Gayfield (#29189) | Rex S. Gordon (#02881) |
| MILES & STOCKBRIDGE P.C. | Assistant Attorney General |
| 10 Light Street | St. Paul Plaza – 19th Floor |
| Baltimore, Maryland 21202 | 200 St. Paul Place |
| (410) 727-6464 (t) | Baltimore, Maryland 21202 |
| (410) 385-3700 (f) | (410) 576-6424 (t) |
| treinecker@milesstockbridge.com | (410) 576-6880 (f) |
| jgayfield@milesstockbridge.com | rgordon@oag.state.md.us |
| swilson@milesstockbridge.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |