IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **HERU H. SEGU,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: CCB-07-3299 |
| **MARYLAND DIVISION OF CORRECTION,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through their respective counsel, submit the following Joint Status Report in response to the Court's Order dated February 1, 2013 (ECF No. 89).

The Parties have conducted significant discovery, but additional discovery is needed. Plaintiff has deposed the following Defendants: Reginald Martin, Michael Stauffer, David Miller, Shawn Reed, Donald Wolfensberger, John Foutz and Roderick Sowers. Plaintiff also deposed third-party witness, Major Thomas Trumpower. Previously unforeseen circumstances have delayed the deposition of Defendant Tyson Hinckle. Due to recent developments, there may also be a need to re-depose Defendant Reginald Martin.

The deposition of third-party witness Ryan Lohr (former RCI correctional officer) has been noted and scheduled for March 14, 2013.

Plaintiff is also working with defense counsel to schedule a 30(b)(6) deposition of former-Defendant now Third-Party Department of Corrections ("DOC") for deposition testimony from a designee regarding other inmate grievances and/or complaints filed against Defendants for physical abuse and/or excessive use of force and pertinent DOC policies and

procedures relating to, among other things, the transfer of inmates and the retention and/or destruction of information pertaining to this incident. That deposition has not been scheduled.

Plaintiff is awaiting the anticipated production of Defendants' personnel files as well as the production of IIU files concerning all complaints of abuse and/or excessive use of force filed by inmates against the Defendants. Defense counsel has indicated that these discovery items are forthcoming.

Plaintiff is awaiting the anticipated production of "change sheets" for Housing Unit # 5 and RCI's library in or around October 2007 so that Mr. Segu may locate additional witnesses to be called on his behalf.

The Parties have recently opened settlement discussions. The Parties will promptly contact the Court if they believe mediation will assist them in this regard.

The Parties jointly request that the deadlines in the Court's February 1, 2013 Order be extended as follows in order to conduct additional remaining discovery and to allow for the Parties further settlement discussions:

| | |
|---|---|
| Discovery deadline; submission of joint status report | April 19, 2013 |
| Requests for admission | April 26, 2013 |
| Dispositive pretrial motions deadline | May 17, 2013 |

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Todd M. Reinecker (#27082) | Douglas F. Gansler |
| Scott Wilson (# 28602) | Attorney General of Maryland |
| Joshua J. Gayfield (#29189) | Rex S. Gordon (#02881) |
| MILES & STOCKBRIDGE P.C. | Assistant Attorney General |
| 10 Light Street | St. Paul Plaza – 19th Floor |
| Baltimore, Maryland 21202 | 200 St. Paul Place |
| (410) 727-6464 (t) | Baltimore, Maryland 21202 |
| (410) 385-3700 (f) | (410) 576-6424 (t) |
| treinecker@milesstockbridge.com | (410) 576-6880 (f) |
| jgayfield@milesstockbridge.com | rgordon@oag.state.md.us |
| swilson@milesstockbridge.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |