IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **HERU H. SEGU,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: 1:07-cv-3299 |
| **MARYLAND DIVISION OF CORRECTION,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through their respective counsel, submit the following Joint Status Report in response to the Court's Order dated March 5, 2013 (ECF No. 94).

The Parties have conducted significant discovery, but additional discovery is needed. Plaintiff has deposed the following Defendants: Reginald Martin, Michael Stauffer, David Miller, Shawn Reed, Donald Wolfensberger, John Foutz and Roderick Sowers. Plaintiff also deposed third-party witnesses Major Thomas Trumpower and former RCI Officer Ryan Lohr. Defendant Tyson Hinckle is now separately represented by independent counsel in conjunction with his alleged involvement in another incident at RCI. His deposition was noted and scheduled with the cooperation of the undersigned and his criminal defense counsel for April 26, 2013. More recently, Mr. Hinckle retained new criminal defense counsel who has requested that the deposition be postponed to a later date due to his recent engagement and a scheduling conflict. Counsel are presently working to identify another mutually convenient date. The re-deposition of Defendant Reginald Martin has not yet been scheduled; Plaintiff will evaluate the need to do so after Mr. Hinckle's deposition.

Plaintiff continues to work with defense counsel to schedule a 30(b)(6) deposition of former-Defendant now Third-Party Department of Corrections ("DOC") for deposition testimony from a designee regarding other inmate grievances and/or complaints filed against Defendants for physical abuse and/or excessive use of force and pertinent DOC policies and procedures relating to, among other things, the transfer of inmates and the retention and/or destruction of information pertaining to this incident. That deposition has not been scheduled.

Plaintiff is awaiting the anticipated production of Defendants' personnel files as well as the production of IIU files concerning all complaints of abuse and/or excessive use of force filed by inmates against the Defendants. Defense counsel has indicated that these discovery items are forthcoming.

Plaintiff is awaiting the anticipated production of "change sheets" for Housing Unit # 5 and RCI's library in or around October 2007 so that Mr. Segu may locate additional witnesses to be called on his behalf.

The Parties continue settlement discussions. Currently, the Parties are awaiting a response from Defendants regarding a recent settlement demand. The Parties will promptly contact the Court if they believe mediation will assist them in this regard.

The Parties jointly request that the deadlines in the Court's March 5, 2013 Order be extended as follows in order to conduct additional remaining discovery and to allow for the Parties further settlement discussions:

| | |
|---|---|
| Discovery deadline; submission of joint status report | June 20, 2013 |
| Requests for admission | July 1, 2013 |
| Dispositive pretrial motions deadline | July 15, 2013 |

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Todd M. Reinecker (# 27082) | Douglas F. Gansler |
| Scott Wilson (# 28602) | Attorney General of Maryland |
| Joshua J. Gayfield (# 29189) | Rex S. Gordon (# 02881) |
| Jonathan J. Huber (# 30145) | Assistant Attorney General |
| MILES & STOCKBRIDGE P.C. | St. Paul Plaza – 19th Floor |
| 100 Light Street | 200 St. Paul Place |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 727-6464 (t) | (410) 576-6424 (t) |
| (410) 385-3700 (f) | (410) 576-6880 (f) |
| treinecker@milesstockbridge.com | rgordon@oag.state.md.us |
| swilson@milesstockbridge.com | |
| jgayfield@milesstockbridge.com | |
| jhuber@milesstockbridge.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |