**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

**HERU H. SEGU** *

***Plaintiff,*** *

**v.** * **Civil Action No.: CCB-07-3299**

**MARYLAND DIVISION OF CORRECTION, *et al*.,** *

***Defendants*.** *

* * * * * * * * * * * * *

**APPLICATION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM***

Plaintiff hereby files this application to the Court for a writ of *habeas corpus ad testificandum*. In support of this application, Plaintiff states:

Plaintiff, Heru H. Segu (a/k/a Taurus Centaur) (#13770) is now confined in the Garrett County Detention Center, in the custody of the jail administrator thereof. The above-entitled case is set for a settlement conference in this Court on Wednesday, July 24, 2013. Plaintiff wishes to be present to comply with this Court's Order of June 20, 2013, requiring parties with complete authority to enter into a binding settlement to attend. *See* ECF No. 102. In order to secure his attendance at the settlement conference, it is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued commanding his custodians to produce him to this Court. *See* [Proposed] Writ of *Habeas Corpus Ad Testificandum*, attached hereto as Exhibit A.

Wherefore, Plaintiff requests an order directing the issuance of a Writ of *Habeas Corpus Ad Testificandum* out of and under seal of this Court commanding the Garrett County Detention Center to transfer custody of Plaintiff to the United States Marshal, who will then have and produce Plaintiff to the United States District Court for the District of Maryland, Northern

Division on said date, and that upon the termination of the settlement conference, to return him forthwith to the Garrett County Detention Center.

DATE: June 28, 2013

Respectfully submitted,

/s/

Todd M. Reinecker (Federal Bar No. 27082)
Scott R. Wilson (Federal Bar No. 28602)
Joshua J. Gayfield (Federal Bar No. 29189)
Jonathan J. Huber (Federal Bar No. 30145)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464 (t)
(410) 385-3700(f)
treinecker@milesstockbridge.com
swilson@milesstockbridge.com
jgayfield@milesstockbridge.com
jhuber@milesstockbridge.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of June, 2013, a copy of the foregoing was served via CM/ECF on:

Rex S. Gordon
Assistant Attorneys General
St. Paul Plaza – 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202

/s/

Todd M. Reinecker